JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN J. HEBERT, | ) | Case No.  2:15-cv-2261-CMK |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ORDER** |
| | ) | **FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to July 25, 2016, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  This extension is requested because Plaintiff's counsel is experiencing an episode of poor health caused by pulmonary issues that has caused a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: June 29, 2016          JACQUELINE A. FORSLUND
                             Attorney at Law


                             */s/Jacqueline A. Forslund*
                             JACQUELINE A. FORSLUND

                             Attorney for Plaintiff


Date: June 29, 2016          PHILLIP A. TALBERT
                             Acting United States Attorney
                             DEBORAH STACHEL
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                             */s/Asim H. Modi*
                             ASIM H. MODI
                             Special Assistant United States Attorney
                             *By email authorization

                             Attorney for Defendant


                                      ORDER

APPROVED AND SO ORDERED

Dated: June 30, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE