PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN J. HEBERT, | Case No. 2:15-cv-2261-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | |
| Defendant. | |

IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her cross-motion for summary judgment with the Court by 30 days to **September 23, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request.  First, a 30-day extension is necessary because counsel for Defendant was recently out of the office on work-related travel and requires

1  additional time to adequately research and analyze the factual record and Plaintiff's legal claims.
2  Second, counsel for Defendant has workload issues that preclude filing her summary judgment
3  motion by August 24, 2016.  Specifically, in addition to the work-related travel mentioned
4  above, counsel for Defendant is responsible for drafting various pleadings before the district
5  courts within the Ninth Circuit, drafting an appellate pleading before the Ninth Circuit, and
6  negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act.
7  Counsel for Defendant is also responsible for conducting discovery and preparing substantive
8  motions in personnel litigation before the Equal Employment Opportunity Commission and
9  Merit Systems Protection Board.

10       Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused
11  by this delay.

                                            Respectfully submitted,

Date: *August 19, 2016*                     FORSLUND LAW, LLC

                                   By:      */s/ Asim H. Modi  for Jacqueline A. Forslund\**
                                            JACQUELINE A. FORSLUND
                                            *Authorized by email on August 19, 2016*
                                            Attorneys for Plaintiff

Date: *August 19, 2016*                     PHILLIP A. TALBERT
                                            Acting United States Attorney
                                            DEBORAH LEE STACHEL
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                                   By:      */s/ Asim H. Modi*
                                            ASIM H. MODI
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

APPROVED AND SO ORDERED

Dated: August 30, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE