PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SUSAN J. HEBERT, | Case No. 2:15-cv-2261-CMK |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY REMAND** |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion

1  evidence in accordance with 20 C.F.R. § 404.1527 and § 416.927, and Social Security Rulings
2  (SSR) 96-2p and 96-5p.

Respectfully submitted,

Date: <u>September 14, 2016</u>              FORSLUND LAW, LLC

By:   <u>/s/ Asim H. Modi for Jacqueline A. Forslund*</u>
      JACQUELINE A. FORSLUND
      *Authorized by email on September 14, 2016
      Attorneys for Plaintiff

Date: <u>September 14, 2016</u>              PHILLIP A. TALBERT
                                             Acting United States Attorney
                                             DEBORAH LEE STACHEL
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

By:   <u>/s/ Asim H. Modi</u>
      ASIM H. MODI
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: September 15, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order for Voluntary Remand
2:15-cv-2261-CMK